UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BUREK, INC.,

    Plaintiff,

v.                                                 Case No.: 8:23-cv-01323-CEH-JSS

AMGUARD INSURANCE COMPANY,

    Defendant.
_____/

## AMGUARD INSURANCE COMPANY'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, AMGUARD INSURANCE COMPANY ("AmGUARD"), by and through undersigned counsel, hereby discloses the following pursuant to Fed. R. Civ. P. 7.1 and Middle District Local Rule 3.03:

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation.

    a. AmGUARD, a Pennsylvania corporation, is a wholly-owned subsidiary of WestGUARD Insurance Company, a Pennsylvania corporation, which is a wholly-owned subsidiary of National Indemnity Company, a Nebraska corporation, which is a wholly-owned subsidiary of Berkshire Hathaway Inc., a Delaware corporation, which is a publicly traded corporation that has no parent corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of

a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]].

     a.     AmGUARD is incorporated in Pennsylvania with its principal place of business in Wilkes-Barre, Pennsylvania. [Doc. 1-4]. Therefore, AmGUARD is a citizen of Pennsylvania for diversity purposes.

     3.     Identify each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome.

     a.     Burek, Inc., d/b/a Pinch A Penny a/k/a South Tampa Pool Supplies & Services

     b.     John L. Burek, Jr.

     c.     Brandon Cathey, Esq.

     d.     Stephanie Miles, Esq.

     e.     Cathey & Miles, P.A.

     f.     J. Scott Slater, Esq.

     g.     Slater Grant, PLLC.

     h.     Martin Stern, Esq.

     i.     Topkin, Partlow & Stern, P.L.

     j.     Fotini Z. Manolakos, Esq.

     k.     Autumn George, Esq.

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

l. Galloway, Johnson, Topkns, Burr & Smith, PLC.

m. Ali Shehzar Iftikhar, Esq.

n. Hinshaw & Culbertson, LLP.

o. AmGUARD Insurance Company– AmGUARD, a Pennsylvania corporation, is a wholly-owned subsidiary of WestGUARD Insurance Company, a Pennsylvania corporation, which is a wholly-owned subsidiary of National Indemnity Company, a Nebraska corporation, which is a wholly-owned subsidiary of Berkshire Hathaway Inc., a Delaware corporation, which is a publicly traded corporation that has no parent corporation.

p. Dale A. Evans, Jr., Esq.

q. Susan A. Kidwell, Esq.

r. Locke Lord LLP.

s. Jordan Thompson, Esq.

t. Megan Alexander, Esq.

u. David Angley, Esq.

v. Young, Bill, Boles, Palmer, Duke & Thompson P.A.

w. The Estate of George William Gage, III, by and through Susan L. Gage, as Personal Representative.

x. Michael Beck, Esq.

y. Bennie Lazzara, Jr., Esq.

z. Joseph Ficarrotta, Esq.

aa. Wilkes & Associates, P.A.

bb. Dale Swope, Esq.

cc. Angela Rodante, Esq.

dd. Daniel Greene, Esq.

ee. Swope Rodante, P.A.

ff. Benjamin Douglas Ehas

gg. David Cook, Esq.

hh. Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP.

ii. Kenneth A. Puig, Esq.

jj. Mark B. Hartig, Esq.

kk. McCumber, Daniels, Buntz, Hartig, Puig & Ross, P.A.

ll. Shendell & Pollock, PL

mm. Pinch A Penny a/k/a South Tampa Pool Supplies & Services

nn. Trevor Rhodes, Esq.

oo. Benjamin G. Lopez, Esq.

pp. Banker, Lopez Gassler, P.A.

qq. Todd Ehrenreich, Esq.

rr. Lewis, Brisbois, Bisgaard & Smith, LLP.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome.

None.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None.

6. Identify each person arguably eligible for restitution.

None.

I hereby certify that, except as disclosed above, I am unaware of an actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: June 14, 2023.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of June 2023, the foregoing document was filed and served this day on all counsel of record identified on the attached Service List in the manner specified.

/s/ *Jordan M. Thompson*
**JORDAN M. THOMPSON, ESQ.**
Florida Bar no.: 87600
jthompson@flalawyer.net
**MEGAN E. ALEXANDER, ESQ.**
Florida Bar No.: 58883
malexander@flalawyer.net
**DAVID M. ANGLEY, ESQ.**
Florida Bar No. 0121464
dangley@flalawyer.net
Young, Bill, Boles, Palmer, Duke
& Thompson, P.A.
401 E. Jackson St., Suite 2950
Tampa, FL 33602
Telephone: (813) 603-3006
Facsimile: (813) 603-3011
*Co-Counsel for Defendant, AmGuard*

*And*

**DALE A. EVANS, JR., ESQ.**
Florida Bar No. 98496
dale.evans@lockelord.com
Locke Lord, LLP
East Tower Suite 215
777 S. Flagler Dr
West Palm Beach, FL 33401-6161
Telephone: (561) 820-0248
Facsimile: (561) 828-7994
*Co-Counsel for Defendant, AmGuard*

## SERVICE LIST

**BRANDON CATHEY, ESQ.**
Florida Bar No. 941891
**STEPHANIE MILES, ESQ.**
Florida Bar No. 15516
Cathey & Miles, P.A.
235 3rd Ave. North #714
St. Petersburg, FL. 33701
Telephone: (727)308-2222
Lit@Catheymiles.com
*Attorneys for Plaintiff*